

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00121-CV
_____

AKUA SMITH, APPELLANT

V.

ARIOSO APARTMENTS (TX), LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-000496-1, Honorable Don Pierson, Presiding

August 9, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Akua Smith, proceeding pro se, appeals from the trial court's judgment.[1]

Smith's brief was originally due July 5, 2022, but was not filed. By letter of July 12, 2022,

we notified Smith that the appeal was subject to dismissal for want of prosecution without

_____

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

further notice if a brief was not received by July 22.  To date, Smith has not filed a brief nor had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam